UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JABIAS D. JONES, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL NO. W-23-CV-00392-ADA |
| WILLIAM E. SICKING, et al, | | |
| Defendants. | | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 16. The Report recommends that this Court grant Defendants' Motions to Dismiss be Denied. The Report and Recommendation was filed on October 12, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on October 23, 2023. ECF No. 17. The Court has conducted a *de novo* review of the motions to dismiss, the responses, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review,

the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 16, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 5, 7, 8, & 11) are **GRANTED** in accordance with the Report and Recommendation.

SIGNED this 24th day of October, 2023.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**